# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No: 23-09660 |
| ARTHUR A MOORE, III, | Chapter 13 |
| | Judge: Donald R Cassling |
| Debtor(s). | |

## OBJECTION TO CONFIRMATION OF PLAN

U.S. Bank National Association, as trustee, in trust for registered holders of Chase Funding Mortgage Loan Asset-Backed Certificates, Series 2003-6, ("Movant"), through its attorneys, Kluever Law Group, LLC, files this, its <u>Objection to Confirmation</u> of Plan, ("Objection") and in support thereof, states the following:

1. Debtor filed the instant Bankruptcy case on July 25, 2023.

2. This Court has authority over this Objection as this Objection is a core proceeding.

3. Movant is the holder of the note secured by a mortgage on the property commonly known as 15654 South Park Avenue, South Holland, IL 60473, ("the Property").

4. Select Portfolio Servicing, Inc. is the servicing agent for Movant.

5. Movant's mortgage matured in November 2018.

6. Due to the maturity of the mortgage, the Plan needs to provide for full payment of loan during the life of the case.

7. The mortgage balance is more than $147,000.00.

8. Debtor does not appear to have sufficient income to propose a feasible Plan.

9. The Plan impermissibly modifies the rights of the Movant to receive all funds due it, thereby violating 11 U.S.C. § 1322(b)(2) and 11 U.S.C. § 1322(b)(5).

WHEREFORE, Movant requests this Court enter an Order denying confirmation of the

Plan and for such other relief as the Court Deems just.

/s/ Susan Notarius

Susan Notarius,
ARDC # 6209646
Counsel for Movant

Kluever Law Group, LLC
200 N LaSalle St Suite 1880
Chicago, IL 60601
312-236-0077
Our File #: SPS000423-23BK2